ACCEPTED
15-24-00114-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/30/2025 11:44 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-24-00114-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/30/2025 11:44:08 AM
CHRISTOPHER A. PRINE
Clerk

# In the Fifteenth District Court of Appeals

---

**Cecile Erwin Young, in Her Official Capacity as Executive Commissioner of the Texas Health and Human Services Commission, Molina Healthcare of Texas, Inc., and Aetna Better Health of Texas, Inc.,**
*Appellants*,

**v.**

**Cook Children's Health Plan, Texas Children's Health Plan, Superior Health Plan, Inc., and Wellpoint Insurance Company,**
*Appellees*.

---

On Appeal from Cause No. D-1-GN-24-003839, In the 455th Judicial District Court of Travis County, Texas / Honorable Laurie Eiserloh, Presiding Judge

---

## JOINT STATUS REPORT

---

On November 12, 2024, this Court entered an order abating this appeal until July 2, 2025 – 30 days after the end of the 89th Regular Session of the Texas Legislature. *See* 11/12/24 Order. In its order, the Court stated that "[t]he appeal will be reinstated on this Court's active docket on July 3, 2025." *Id*. The Court directed Appellants and Appellees to file a joint status report on or before June 30, 2025,

1

"informing the Court about the status of the appeal and requesting any necessary reinstatement and/or dismissal." *Id*.

In accordance with the Court's order, the undersigned, on behalf of their respective clients, inform the Court that no resolution of the issues forming the basis of this appeal has been reached at this time and request that the Court reinstate the appeal on July 3, 2025.

In addition, the undersigned, on behalf of their clients, inform the Court that one or more parties intend to file a motion to dismiss Molina Healthcare of Texas, Inc. ("Molina"), and Aetna Better Health of Texas, Inc. ("Aetna") as parties to this appeal. The parties jointly propose that any such motion(s) be filed on or before July 10, 2025, with response(s) due on or before July 24, 2025. The motion(s) and response(s) will also address the parties' position on a merits briefing schedule. All parties jointly request that the Court set a merits briefing schedule after receiving the response(s) to the motion(s) and suspend any merits briefing deadlines until the schedule is set.

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

ALEXANDER DUBOSE & JEFFERSON

By /s/ Susan Feigin Harris

Susan Feigin Harris
State Bar No. 06876980
susan.harris@nortonrosefulbright.com
Warren S. Huang
State Bar No. 00796788
warren.huang@nortonrosefulbright.com
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151

Paul D. Trahan
State Bar No. 24003075
paul.trahan@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201

Thomas A. Coulter
tom.coulter@nortonrosefulbright.com
State Bar No. 04885500
NORTON ROSE FULBRIGHT US LLP
799 9th Street, NW, Suite 1100
Washington, D.C. 20001
Telephone: (202) 662-0200

*Counsel for Appellee Texas Children's Health Plan*

By /s/ Amy Warr

Amy Warr
State Bar No. 00795708
awarr@adjtlaw.com
Anna M. Baker
State Bar No. 00791362
abaker@adjtlaw.com
100 Congress Avenue, Suite 1450
Austin, Texas 78701-2709
Telephone: (512) 482-9300

Karen C. Burgess
State Bar No. 00796276
kburgess@burgesslawpc.com
Katie Dolan-Galaviz
State Bar No. 24069620
kgalaviz@burgesslawpc.com
BURGESS LAW PC
404 West 13th Street
Austin, Texas 78701-1825
Telephone: (512) 482-8808

Matthew P. Gordon
mgordon@perkinscoie.com
*Admission Pro Hac Vice*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: (206) 359-8000

*Counsel for Appellee Plaintiff Cook Children's Health Plan*

3

FOLEY & LARDNER LLP

By /s/ Stacy R. Obenhaus
      Robert F. Johnson III
      State Bar No. 10786400
      rjohnson@foley.com
600 Congress Avenue, Suite 3000
Austin, Texas. 78701
Telephone: (512) 542-7000

Michelle Y. Ku
State Bar No. 24071452
mku@foley.com
Stacy R. Obenhaus
State Bar No. 15161570
sobenhaus@foley.com
FOLEY & LARDNER LLP
2021 McKinney, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000

Benjamin J. Grossman
*Admission Pro Hac Vice*
bjgrossman@foley.com
FOLEY & LARDNER LLP
106 East College Avenue, Suite 900
Tallahassee, Florida 32301
Telephone: (850) 222-6100

*Counsel for Appellee Wellpoint
Insurance Company*

HOLLAND & KNIGHT LLP

By /s/ Richard B. Phillips, Jr.
      Richard B. Phillips, Jr.
      State Bar No. 24032833
      rich.phillips@hklaw.com
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 964-9500

Karen D. Walker
*Pro Hac Vice Application Forthcoming*
karen.walker@hklaw.com
Tiffany Roddenberry
*Pro Hac Vice Application Forthcoming*
tiffany.roddenberry@hklaw.com
HOLLAND & KNIGHT LLP
315 South Calhoun Street, Suite 600
Tallahassee, Florida 32301
Telephone: (850) 425-5612

*Counsel for Appellee Superior
Health Plan, Inc.*

OFFICE OF THE ATTORNEY GENERAL

Ken Paxton
Attorney General

Brent Webster
First Assistant Attorney General

Ralph Molina
Deputy First Assistant Attorney General

Austin Kinghorn
Deputy Attorney General for Civil Litigation

Kimberly Gdula
Chief, General Litigation Division


By /s/ Jennifer Cook
      Jennifer Cook
      Assistant Attorney General
      State Bar No. 00789233
      jennifer.cook@oag.texas.gov
P.O. Box 12548
Austin, Texas 78711-2548
Telephone:  (737) 230-4700
Facsimile:   (512) 302-0667

*Counsel for Appellant Cecile Erwin Young,
In Her Official Capacity as Executive
Commissioner of the Texas Health and
Human Services Commission*

EWELL, BROWN, BLANKE & KNIGHT LLP

By /s/ Joseph R. Knight
  Joseph R. Knight
  State Bar No. 11601275
  jknight@ebbklaw.com
111 Congress Avenue, 28th Floor
Austin, Texas 78701
Telephone: (512) 770-4010

*Counsel for Appellant Aetna Better Health of Texas, Inc.*

SCOTT, DOUGLASS & McCONNICO LLP

By /s/ Jason R. LaFond
  Cheryl Joseph LaFond
  State Bar No. 24104015
  clafond@scottdoug.com
  Jason R. LaFond
  State Bar No. 24103136
  jlafond@scottdoug.com
303 Colorado Street, Suite 2400
Austin, Texas 78701
Telephone: (512) 495-6300

*Counsel for Appellant Molina Healthcare of Texas, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the Joint Status Report was served via the electronic filing manager or electronic mail in compliance with Texas Rule of Appellate Procedure 9.5 on June 30, 2025, upon all counsel of record.

      /s/ Susan Feigin Harris
      Susan Feigin Harris

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Warren Huang on behalf of Warren Huang
Bar No. 796788
warren.huang@nortonrosefulbright.com
Envelope ID: 102581599
Filing Code Description: Other Document
Filing Description: Other Document
Status as of 6/30/2025 12:13 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michaelle Peters | | mpeters@scottdoug.com | 6/30/2025 11:44:08 AM | SENT |
| Julie Wright | | julie.wright@nortonrosefulbright.com | 6/30/2025 11:44:08 AM | SENT |
| Amanda DoddsPrice | | amanda.price@squirepb.com | 6/30/2025 11:44:08 AM | SENT |
| David Johns | | david@cobbjohns.com | 6/30/2025 11:44:08 AM | SENT |
| Michelle Joyner | | mjoyner@scottdoug.com | 6/30/2025 11:44:08 AM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 6/30/2025 11:44:08 AM | SENT |
| Jessie Johnson | | jessie.johnson@nortonrosefulbright.com | 6/30/2025 11:44:08 AM | SENT |

Associated Case Party: Cook Children's Health Plan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Karen Burgess | 796276 | kburgess@burgesslawpc.com | 6/30/2025 11:44:08 AM | SENT |
| Katie Dolan-Galaviz | | kgalaviz@burgesslawpc.com | 6/30/2025 11:44:08 AM | SENT |
| Matthew Gordon | | mgordon@perkinscoie.com | 6/30/2025 11:44:08 AM | SENT |
| Amy Warr | 795708 | awarr@adjtlaw.com | 6/30/2025 11:44:08 AM | SENT |
| Juliana Bennington | | jbennington@perkinscoie.com | 6/30/2025 11:44:08 AM | SENT |
| Jonathan Hawley | | jhawley@perkinscoie.com | 6/30/2025 11:44:08 AM | SENT |
| Reina A.Almon-Griffin | | ralmon-Griffin@perkinscoie.com | 6/30/2025 11:44:08 AM | SENT |
| Trisha Marino | | tmarino@perkinscoie.com | 6/30/2025 11:44:08 AM | SENT |
| Perkins Docketing Team | | DocketSEA@perkinscoie.com | 6/30/2025 11:44:08 AM | SENT |

Associated Case Party: Wellpoint Insurance Company

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Warren Huang on behalf of Warren Huang
Bar No. 796788
warren.huang@nortonrosefulbright.com
Envelope ID: 102581599
Filing Code Description: Other Document
Filing Description: Other Document
Status as of 6/30/2025 12:13 PM CST

Associated Case Party: Wellpoint Insurance Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert Johnson | 10786400 | rjohnson@foley.com | 6/30/2025 11:44:08 AM | SENT |
| Michelle Ku | 24071452 | mku@foley.com | 6/30/2025 11:44:08 AM | SENT |
| Stacey Obenhaus | | sobenhaus@foley.com | 6/30/2025 11:44:08 AM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 6/30/2025 11:44:08 AM | SENT |
| Benjamin Grossman | | bjgrossman@foley.com | 6/30/2025 11:44:08 AM | SENT |

Associated Case Party: Superior Healthplan Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 6/30/2025 11:44:08 AM | SENT |
| J McCaig | 24070083 | meghan.mccaig@outlook.com | 6/30/2025 11:44:08 AM | SENT |
| Karen Walker | | karen.walker@hklaw.com | 6/30/2025 11:44:08 AM | SENT |
| Tiffany Roddenberry | | tiffany.roddenberry@hklaw.com | 6/30/2025 11:44:08 AM | SENT |

Associated Case Party: Aetna Better Health of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph Knight | 11601275 | jknight@ebbklaw.com | 6/30/2025 11:44:08 AM | SENT |

Associated Case Party: Texas Health and Human Services

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 6/30/2025 11:44:08 AM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 6/30/2025 11:44:08 AM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Warren Huang on behalf of Warren Huang
Bar No. 796788
warren.huang@nortonrosefulbright.com
Envelope ID: 102581599
Filing Code Description: Other Document
Filing Description: Other Document
Status as of 6/30/2025 12:13 PM CST

Associated Case Party: Texas Children's Health Plan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Warren Huang | 796788 | warren.huang@nortonrosefulbright.com | 6/30/2025 11:44:08 AM | SENT |
| Paul Trahan | 24003075 | paul.trahan@nortonrosefulbright.com | 6/30/2025 11:44:08 AM | SENT |
| Susan Harris | 6876980 | susan.harris@nortonrosefulbright.com | 6/30/2025 11:44:08 AM | SENT |
| Thomas Coulter | 4885500 | tom.coulter@nortonrosefulbright.com | 6/30/2025 11:44:08 AM | SENT |

Associated Case Party: Molina Healthcare of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cheryl LaFond | 24104015 | clafond@scottdoug.com | 6/30/2025 11:44:08 AM | SENT |
| Jason R.LaFond | | jlafond@scottdoug.com | 6/30/2025 11:44:08 AM | SENT |